# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 15, 2005

Clifford W. Taylor,
Chief Justice

128816

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

JOEY DEAN JARVIS,
　　　　Defendant-Appellant.

SC: 128816
COA: 251720
Macomb CC: 03-000570-FH

_____/

　　　On order of the Court, the application for leave to appeal the April 12, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

　　　KELLY, J., would reverse and remand this case to the circuit court for a new trial.



　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 15, 2005

_____
Clerk

s1208